IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

Western Division

JANE DOE,

    Plaintiff,

vs.                          No. 96-2190 G BRE

RHODES COLLEGE,

    Defendant.

## CONSENT ORDER OF DISMISSAL

IT APPEARING to the Court that the parties have settled all matters and issues in controversy and that the Plaintiff desires to dismiss her suit, with prejudice, and that the Defendant has agreed to pay the costs,

IT IS, THEREFORE, ORDERED that this case should be and same hereby is dismissed with prejudice at the Defendant's cost.

SO ORDERED:

                                                United States District Judge

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO
U.S. DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

BY _____
    DEPUTY CLERK

Date: October 30, 1996

1

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  10/30/96  .

APPROVED AS TO FORM:

_____
Lisa A. Krupicka
BURCH, PORTER & JOHNSON
Attorney at Law
130 North Court
Memphis, Tennessee   38103

_____
Mimi Phillips
PHILLIPS, HOWARD & GRUBB
Attorney at Law
22 North Front Street
Suite 800
Memphis, Tennessee   38103

2